## GRILLO v. UNITED STATES.

### No. 4359.

Circuit Court of Appeals, Third Circuit.
July 11, 1930.

E. T. Adair, of Pittsburgh, Pa., for appellant.

Louis E. Graham, U. S. Atty., of Beaver, Pa., and Raymond D. Evans, Asst. U. S. Atty., of Pittsburgh, Pa.

Before BUFFINGTON and DAVIS, Circuit Judges, and THOMSON, District Judge.

PER CURIAM.

Without entering into details of this case, it suffices to say the record fails to show that any exception was taken at the trial raising the alleged error now sought to be reviewed. Moreover, the trial judge refused to certify that such exception was taken. There is no allegation that there was anything arbitrary done by the judge. Under the authorities, Suydam v. Williamson, 20 How. 427, 15 L. Ed. 978; Fraina v. U. S., 255 F. 28 (C. C. A. 2d); Allemanni v. U. S. (C. C. A.) 273 F. 523; Phoenix Insurance Co. v. Lanier, 95 U. S. 171, 24 L. Ed. 383, we decline to review such alleged errors, and are constrained to affirm the judgment below.